# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Ted Dawkins
129 Rock Creek Rd. NW
Washington, DC 20011

**Plaintiff**

vs.

U.S. Attorney et al.
~~510 4th St. NW~~ 555 4th St. NW
~~Washington DC 20001~~ Washington, DC 20530

**Defendants**

CIVIL ACTION NO. 14-0007120

RECEIVED
Civil Clerk's Office
NOV 0 7 2014
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

U.S. Attorney et al. to cease and desist from demanding or requesting Ted Dawkins to testify against Eric Hill. I, Ted Dawkins, do not want to testify against Eric Hill. I feel threatened and do not want to be arrested if I do not testify against Eric Hill. I am requesting that the U.S. Attorney's office not threaten me for not testifying against Eric Hill.

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ 5,101.10 with interest and costs.

Phone: 202-723-0352

DISTRICT OF COLUMBIA, SS

TED W. DAWKINS, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_Ted W. Dawkins_
(Plaintiff) (Agent)

Subscribed and sworn to before me this _7th_ day of _November_ 20 _14_.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

WDC ID exp. 04-16-21